Official Form 5 (10/06)

| United States Bankruptcy Court<br>**Central** District of **California** | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>DOZIER, Kenneth Sean | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>Harvey Muhammad |
|---|---|
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all.): Unknown | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>23151 Burbank Blvd<br>Woodland Hills, CA 91367 | MAILING ADDRESS OF DEBTOR (If different from street address)<br>23157 Burbank Blvd<br>Woodland Hills, CA 91367 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Los Angeles    ZIP CODE | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
[X] Chapter 7    [ ] Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br>Petitioners believe:<br>[X] Debts are primarily consumer debts<br>[ ] Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>[X] Individual (Includes Joint Debtor)<br>[ ] Corporation (Includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>[ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[X] Other |
|---|---|---|

| VENUE<br>[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>[X] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | FILING FEE (Check one box)<br>[X] Full Filing Fee attached<br>[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |
|---|---|

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes)<br>1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | COURT USE ONLY<br>FILED<br>JUL 2 2 2010<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ Deputy Clerk |
|---|---|

**Official Form 5 (10/06) – Cont.**

**Name of Debtor**
Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_
Signature of Petitioner or Representative (State title) 7-22-10

Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
James Williams
2021 w. 47th st
LA, CA 90047

x _[signature]_
Signature of Attorney                        Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

x _John Ja tL_
Signature of Petitioner or Representative (State title) 7-22-10

Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Tom Smtfl
8181 Normandie Ave
LA, CA 90016

x _____
Signature of Attorney                        Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney                        Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| James Williams 2021 w 47th st LA, CA 90047 | Note | 40,000 |
| Tom Smifl 8181 Normandie LA, CA 90016 | Note | 20,000 |
|  |  |  |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: 60,000

____ continuation sheets attached

LPS ASAP - One Source. Powerful Solutions

| HOME | COMPANY | SERVICES | CONTACT US | FAQ |

## Terms of Use
By using this service you agree to the terms described below

While LPS - Agency Sales and Posting has attempted to make the information on this server as accurate as possible, the information on this Web server is provided in good faith without any express or implied warranty.

There is no guarantee given as to the accuracy or correctness of any individual item on the server. Persons accessing the server who require confirmation of any information should refer directly with their representative at LPS - Agency Sales and Posting.

LPS - Agency Sales and Posting does not accept responsibility for any loss or damage occasioned by use of the information contained on the server. All access and use is at the risk of the user. LPS - Agency Sales and Posting reserves the right to discontinue providing the information at any time without notice and to impose limitations on access. Individual users are responsible for any charges that their use may incur.

Your search returned 1 record(s)

Summary View
Displaying 200 records per page:
1

| Sale Date | Property Detail | Sale Detail |
|---|---|---|
| Thursday 7/22/2010 10:30:00 AM | Address: 3350 COY DRIVE<br>City: SHERMAN OAKS<br>State: CA<br>Zip: 91423<br>County: Los Angeles<br>APN: 2274-022-027 | Sale Status: Postponed to 07/22/2010<br>TS Number: 0901511USCA<br>ASAP Number: 3388452<br>Notice of Sale Amt: $1,102,489.99<br>Opening Bid Amt: 0<br>Sold Amt: 0<br>Sale Location: At the West side of the Los Angeles County Courthouse, directly facing Norwalk Blvd., 12720 Norwalk Blvd., Norwalk, CA 90650<br>Trustee: National Default Servicing Corp<br>Trustee Phone#: (602)264-6101 |

1

Copyright © 2010 Lender Processing Services, Inc. All rights reserved.
Privacy Statement | Site Support