FILED & ENTERED

AUG 30 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>KENNETH SEAN DOZIER,<br><br>                Debtor(s). | Case No. 1:10-bk-18899-KT<br><br>Chapter 7 (Involuntary)<br><br>**ORDER DISMISSING CASE WITH 180-DAY BAR AGAINST REFILING**<br><br>Hearing Date:  August 24, 2010<br>Time:  10:00 a.m.<br>Place:  Courtroom 301<br>          21041 Burbank Blvd.<br>          Woodland Hills, CA 91367 |

     An involuntary petition under Chapter 7 of the Bankruptcy Code was filed against the above-captioned debtor on July 22, 2010. On July 22, 2010 an involuntary summons was issued by the Court. There is no evidence that the summons to respond to the involuntary petition has been served by petitioning creditors.

     A Status Hearing was set by the Court on August 24, 2010 at 10:00 a.m. There were no appearances made by or on behalf of the debtor or petitioning creditors. A relief

from stay motion has been filed regarding real property.  It appearing to the court that this involuntary case was commenced without intent to prosecute,

**IT IS HEREBY ORDERED**:

1. That the above-captioned case is dismissed;

2. That absence further order of the court, a bar against refiling a case by or against this debtor is hereby imposed for a period of 180 days from entry of this order.

3. That the court retains jurisdiction for all purposes relating to the bad faith filing, including but not limited to motions for relief from stay and imposition of sanctions.

###

DATED: August 30, 2010

*Kathleen Thompson*
United States Bankruptcy Judge

2

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _ORDER DISMISSING CASE WITH 180-DAY BAR AGAINST REFILING_ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_August 27, 2010_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Rami N Haddad    bknotice@mccarthyholthus.com
Christopher M McDermott    ecfcacb@piteduncan.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*Pro Se* Debtor
Kenneth Sean Dozier
23151 Burbank Blvd
Woodland Hills, CA 91367

Petitioning Creditor
James Williams
2021 W 47th St
Los Angeles, CA 90047

Petitioning Creditor
Tom Smith
8181 Normandie Ave
Los Angeles, CA 90016

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

___

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**